Charles Edward LINCOLN, III, Individually and as next friend of Charles Edward Lincoln, IV, Plaintiff–Appellant,

v.

Elena Kourembana LINCOLN; Laurie J. Nowlin; J. Randall Grimes; Michael Jergins, Honorable, Defendants–Appellees.

Charles Edward Lincoln, III, Individually and as next friend of Charles Edward Lincoln, IV, Plaintiff–Appellant,

v.

Williamson County, Texas; Michael Jergins, Honorable; Elena Kourembana Lincoln; Laurie J. Nowlin; J. Randall Grimes, Defendants–Appellees.

Nos. 04–50390, 04–50402.

United States Court of Appeals, Fifth Circuit.

Decided June 13, 2005.

Francis Wayne Williams Montenegro, Austin, TX, for Plaintiff–Appellant.

Wade Crosnoe, Thompson, Coe, Cousins & Irons, James C. Todd, Assistant Attorney General, Office of the Attorney General for the State of Texas, Austin, TX, Michael P. Davis, Law Offices of Mike Davis, Round Rock, TX, for Defendants–Appellees.

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM: *

After review of the proceedings below, the briefs and oral argument, we find no reason to disturb the judgments of the district court. Accordingly, its judgments are

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

